| | | | |
|---|---|---|---|
| **Fill in this information to identify your case:** | | | |

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **TALI Corp., a Delaware corporation** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | **DBA  BKR** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-0906796** |
| 4. | **Debtor's address** | **Principal place of business**  **1525 Jerrold Avenue**  **San Francisco, CA 94105**  Number, Street, City, State & ZIP Code    **San Francisco**  County | **Mailing address, if different from principal place of business**  **340 S. Lemon Ave., #2262**  **Walnut, CA 91789**  P.O. Box, Number, Street, City, State & ZIP Code    **Location of principal assets, if different from principal place of business**  **11391 Sunset Gold Circle, Suite 100 Rancho Cordova, CA 95742**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **mybrk.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

| Debtor | **TALI Corp., a Delaware corporation** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3272__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

| Debtor | **TALI Corp., a Delaware corporation** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?** *Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds** . *Check one:*
- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 1, 2021**
MM / DD / YYYY

X *(signature)*  
Signature of authorized representative of debtor

**Adam Winter**
Printed name

Title **Chief Operating Officer**

**18. Signature of attorney**

X *(signature)*  
Signature of attorney for debtor

Date **April 1, 2021**
MM / DD / YYYY

**Jeffrey I. Golden 133040**
Printed name

**WEILAND GOLDEN GOODRICH LLP**
Firm name

**650 Town Center Drive
Suite 600
Costa Mesa, CA 92626**
Number, Street, City, State & ZIP Code

Contact phone **(714) 966-1000**   Email address **jgolden@wgllp.com**

**133040 CA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **TALI Corp., a Delaware corporation** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 1, 2021**     X  /s/ signature

Signature of individual signing on behalf of debtor

**Adam Winter**
Printed name

**Chief Operating Officer**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **TALI Corp., a Delaware corporation**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF CALIFORNIA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express  PO Box 0001  Los Angeles, CA 90096 | | Credit Card | | | | $61,411.00 |
| Anthem Blue Cross Small Group Services  PO Box 9062  Oxnard, CA 93031 | | Insurance | | | | $7,905.68 |
| beautycounter.com  1727 Berkeley Street, Studio 1  Santa Monica, CA 90404 | | Customer Pre-Payment | | | | $38,250.00 |
| Capitol One  PO Box 60599  City of Industry, CA 91716 | | Credit Card | | | | $29,930.00 |
| Chase Bank  PO Box 780339  Phoenix, AZ 85062-8033 | | Loan | | | | $431,558.09 |
| Chase Bank  PO Box 78039  Phoenix, AZ 85062 | | PPP Loan | | | | $367,670.00 |
| Chase Bank  PO Box 15123  Wilmington, DE 19850-5123 | | Credit Card | | | | $152,552.00 |
| e-Business International, Inc.  5244 NW Greenbrier Parkway  Beaverton, OR 97006 | | Vendor | | | | $450,657.99 |

| Debtor | TALI Corp., a Delaware corporation | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| eShopportunity<br>PO Box 744347<br>Atlanta, GA 30374-4347 | | Vendor | | | | $5,670.00 |
| Excel Plastics LLC<br>1021 International Drive<br>Fergus Falls, MN 56538 | | Vendor | | | | $14,000.00 |
| FN Growth Consulting<br>3907 Stormy Orchard Court<br>Richmond, TX 77407 | | Vendor | | | | $17,640.00 |
| Gateway Accceptance Company<br>Pacful, Inc.<br>PO Box 40533<br>Concord, CA 94524 | | Vendor | | | | $44,788.44 |
| KLH International<br>3F Chungdam B/D<br>Seoul, Korea | | Vendor | | | | $9,792.00 |
| Shopify Capital Inc.<br>150 Elgin Street<br>Ottawa, Ontario K2P 114<br>Canada | | Loan | | | | $168,489.00 |
| Single Grain<br>707 Wilshire Blvd. Suite 3630<br>Los Angeles, CA 90017 | | Vendor | | | | $5,258.77 |
| SpeedMark Transportation, Inc.<br>1525 Adrian Road<br>Burlingame, CA 94010 | | Vendor | | | | $10,460.93 |
| Technaprint, Inc.<br>1135 Las Brisas Place<br>Placentia, CA 92870 | | Vendor | | | | $8,023.12 |
| UPS<br>PO Box 650116<br>Dallas, TX 75265 | | Vendor | | | | $15,266.30 |
| US Customs and Border Protection<br>6650 Telecom Drive Suite 100<br>Indianapolis, IN 46278 | | Duty Fees | Disputed | | | $135,165.88 |

| Debtor | TALI Corp., a Delaware corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Wayflyer**<br>**22 Irving Place**<br>**New York, NY 10003** | | **Loan** | | | | **$78,605.00** |

Adam Winter
1525 Jerrold Avenue
San Francisco, CA 94124


AerCap Singapore Pte Ltd.
8 Marina View #39-05
Asia Square Towe 1
Singapore 18960


American Express
PO Box 0001
Los Angeles, CA 90096


Amy Jones
3753 Warner Street
San Diego, CA 92106


Anthem Blue Cross
Small Group Services
PO Box 9062
Oxnard, CA 93031


April Larivee
PO Box 191
Etna, CA 96027


beautycounter.com
1727 Berkeley Street, Studio 1
Santa Monica, CA 90404


Bloomingdales
1000 Third Avenue
New York, NY 10022

Brandvia Alliance
PO Box 191946
2159 Bering Drive
San Jose, CA 95131


California Franchise Tax Board
Special Operations Bankruptcy Team
MIC: 74
PO Box 942879
Sacramento, CA 94279-0074


Canadian Revenue Agency
Prince Edward Island Tax Center
275 Pope Road
Summerside, PE  C1N 6A2


Capitol One
PO Box 60599
City of Industry, CA 91716


Chase Bank
PO Box 780339
Phoenix, AZ 85062-8033


Chase Bank
PO Box 15123
Wilmington, DE 19850-5123


Chase Bank
PO Box 78039
Phoenix, AZ 85062


Christopher Horner
5820 Marmion Way, #318
Los Angeles, CA 90042

City National Bank
PO Box 60938
Los Angeles, CA 90060


e-Business International, Inc.
5244 NW Greenbrier Parkway
Beaverton, OR 97006


eShopportunity
PO Box 744347
Atlanta, GA 30374-4347


Excel Plastics LLC
1021 International Drive
Fergus Falls, MN 56538


FN Growth Consulting
3907 Stormy Orchard Court
Richmond, TX 77407


Gatewayाccceptance Company
Pacful, Inc.
PO Box 40533
Concord, CA 94524


Geula Soltz
7002 Kennedy Blvd. East #6d
West New York, NJ 07093


Global Packaging & Design
9183 Survey Road, Suite 103
Elk Grove, CA 95624

Illinois Department of Revenue
PO Box 19043
Springfield, IL 62794


Jennifer Ziemba
951 Hamilton Drive
Pleasant Hill, CA 94523


Jill Pritchard
175 Pfeiffer Street
Apartment 6
San Francisco, CA 94133


Justman Brush Company
5401 F Street
Omaha, NE 68117


Kate Cutler
174 27th Street
San Francisco, CA 94110


Katherine Wu
299 Fremont Street
Unit 507
San Francisco, CA 94105


KLH International
3F Chungdam B/D
Seoul, Korea


Leigh Frazza
1355 Hayes Street
San Francisco, CA 94117

Loginov IP
214 South Main Street
Concord, NH 03301


Mary Heyfron
2765 Fountainhead
San Ramon, CA 94583


Minnesota Department of Revenue
PO Box 64651
Saint Paul, MN 55164-0564


Neiman Marcus Group LTD LLC
One Marcus Square
1618 Main Street
Dallas, TX 75201


Nordstrom Canada
1600 Seventh Avenue, Suite 2600
Seattle, WA 98101


Nordstrom Inc.
1600 Seventh Avenue, Suite 2600
Seattle, WA 98101


Office of the Treasurer and Tax
Collector - City and County
PO Box 7425
San Francisco, CA 94120


Oklahoma Tax Commission
2501 N. Lincoln Blvd.
Oklahoma City, OK 73194

Paulina Zepeda
220 W. M Street
Benicia, CA 94510


Pennsylvania Dapartment of Revenue
PO Box 28095
Harrisburg, PA 17128-0905


Revenue of Inspiration
651 American Oaks
Newbury Park, CA 91320


Roanoke Trade
1475 E. Woodfield Road, Suite 500
Schaumburg, IL 60173


Saks Fifth Avenue Inc.
611 5th Avenue
New York, NY 10022


Sephora USA LLC
525 Market Street.
Floor 32
Seattle, WA 98101


Shopify Capital Inc.
150 Elgin Street
Ottawa, Ontario K2P 114
Canada


Single Grain
707 Wilshire Blvd.
Suite 3630
Los Angeles, CA 90017

SpeedMark Transportation, Inc.
1525 Adrian Road
Burlingame, CA 94010


Sunday Riley
4444 Wesheimer Road
Houston, TX 77027


Tal Winter
1525 Jerrold Avenue
San Francisco, CA 94124


Technaprint, Inc.
1135 Las Brisas Place
Placentia, CA 92870


Texas Comptroller of Public Accounts
111 E. 17th Street
Austin, TX 78774


U.S. Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935


Uline
12575 Uline Drive
Pleasant Prairie, WI 53158


UPS
PO Box 650116
Dallas, TX 75265

US Customs and Border Protection
6650 Telecom Drive
Suite 100
Indianapolis, IN 46278


Visture
PO Box 98
Charleston, SC 29402


Washington Department of Revenue
201 4th Ave., Suite 1400
Seattle, WA 98121


Wayflyer
22 Irving Place
New York, NY 10003